**FILED**
November 18, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_Julie Golden\_\_\_\_
DEPUTY

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| Sea Consortium Private Limited,<br><br>   Plaintiff,<br><br>v.<br><br>Tehama Shipping Services Co., LLC,<br><br>   Defendant,<br><br>and<br><br>Agility Project Logistics, Inc., et al.,<br><br>   Garnishees. | Civil Action No.: 1:22-cv-01213<br><br>**IN ADMIRALTY** |

## O R D E R

BE IT REMEMBERED on this the  18th  day of November, 2022, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by J. Stephen Simms ("Applicant"), counsel for Sea Consortium Private Limited, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Sea Consortium Private Limited in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the   18th   day of November, 2022.

_____
United States District Judge