**FILED**
November 18, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_Julie Golden\_\_\_\_
DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Sea Consortium Private Limited, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 1:22-cv-01213 |
| Tehama Shipping Services Co., LLC, | ) **IN ADMIRALTY** |
| Defendant, | ) |
| and | ) |
| Agility Project Logistics, Inc., et al., | ) |
| Garnishees. | ) |

## ORDER GRANTING MOTION FOR ISSUE OF
## WRIT OF MARITIME ATTACHMENT AND GARNISHMENT

Upon consideration of the Plaintiff's Motion for an Order for issue of a writ of maritime attachment and garnishment, pursuant to Supplemental Rule B, for attachment of property of Tehama, namely, accounts and deposits and related property ("Accounts") belonging to Tehama in the hands of the Garnishees, and good cause having been shown therefore, is it hereby

**ORDERED**, that the Clerk of the Court issue pursuant to Supplemental Rule B, the requested writs of attachment for the Accounts;

**ORDERED**, that the United States Marshal for this District or such person as this Court shall appoint in place of the United States Marshal, shall attach the Accounts with notice to all persons claiming any interest therein to appear and file their Claims and Answer the Verified Complaint; and further

**ORDERED**, that the Clerk of this Court is authorized to issue pursuant to Supplemental Rule B, as detailed in the Verified Complaint, Process of Maritime Attachment and Garnishment

for all assets, cash, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or any other tangible and/or intangible assets belonging to, due, claimed by, being held for or on behalf of, or being transferred for the benefit of Defendant, including, but not limited to any such assets as may be in the possession, custody or control of, or being transferred through any garnishee within this District, and said Order being equally applicable with respect to the issuance and service of additional writs of maritime attachment and garnishment upon any garnishees in this District not named herein, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further,

**ORDERED**, that any person claiming an interest in the property attached or garnished pursuant to said Order and Rule B writ shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the garnishment or attachment should not be vacated or other relief granted; and it is further,

**ORDERED**, that supplemental or further writs of maritime attachment and garnishment may be issued by the Clerk upon application without further Order of the Court; and it is further,

**ORDERED**, that following initial service of a writ of maritime attachment and garnishment on any Garnishee, supplemental service of maritime attachment and garnishment writs on that Garnishee and related papers may be made by way of facsimile transmission or email to each such Garnishee and, it is further,

**ORDERED**, that service on any Garnishee as described above is deemed continuous throughout the day from the time of such service through the opening of the Garnishee's business the next business day; and, it is further,

**ORDERED**, that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), each Garnishee may consent, in writing, to accept service by any other means; and it is further,

**ORDERED**, that a copy of this Order be served with each said writ of maritime attachment and garnishment.

DONE AND ORDERED this  18th  day of November, 2022.

_____
Robert Pitman
United States District Judge