FILED
November 18, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_Julie Golden\_\_\_\_
DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Sea Consortium Private Limited, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 1:22-cv-01213 |
| | ) **IN ADMIRALTY** |
| Tehama Shipping Services Co., LLC, | ) |
| Defendant, | ) |
| and | ) |
| Agility Project Logistics, Inc., et al., | ) |
| Garnishees. | ) |

## **ORDER**

Plaintiff, having moved for an Order appointing J. Stephen Simms to serve the writs of garnishment and any supplemental process in this matter, and it appearing that such appointment will result in substantial economies in time and expense,

NOW, on motion of Plaintiff, it is hereby,

ORDERED, that J. Stephen Simms be and hereby is, appointed to serve the Writs of Garnishment, and a copy of the Order for issue of the writ and Verified Complaint as issued in this case.

DONE AND ORDERED this  18th   day of November, 2022.

_____
Robert Pitman
United States District Judge