# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| X-Press Feeders Limited, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Civil Action No.: 1:22-cv-01213 |
| v. | ) |
| | ) **IN ADMIRALTY** |
| Tehama Shipping Services Co., LLC, | ) |
| | ) |
|    Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| Agility Project Logistics, Inc. | ) |
| Ceva Logistics U.S., Inc. | ) |
| C.H. Robinson Worldwide, Inc. | ) |
| CMA-CGM (America) LLC | ) |
| COSCO Shipping (USA) Inc. | ) |
| DB Schenker USA | ) |
|  DHL Global Forwarding | ) |
| DSV A/S | ) |
| DSV Solutions, LLC | ) |
| Evergreen Shipping Agency (America) | ) |
|    Corporation | ) |
| Expeditors International of Washington, Inc. | ) |
| Geodis Logistics LLC | ) |
| Kuehne + Nagel, Inc. | ) |
| UPS Supply Chain Solutions, Inc. | ) |
| | ) |
|    Garnishees. | ) |

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

**TO GARNISHEE: COSCO SHIPPING (USA) INC**.

THE PRESIDENT OF THE UNITED STATES OF AMERICA
THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS

GREETING:

     WHEREAS, on November 16, 2022, Plaintiff filed a Verified Complaint against Tehama Shipping Services Co., LLC, as defined in the Verified Complaint, for reasons in said complaint mentioned for the sum of **$29,400,000.00** (herein, the "Garnishment Amount") as demanded for

the breach of maritime contracts, and praying for process of maritime attachment and garnishment against the property of said Defendant; and

WHEREAS, this process is issued pursuant to such prayer and requires that Garnishee shall serve Garnishee's answer within twenty-one (21) days after service of process upon the Garnishee and requires that Defendant shall serve its answer within thirty (30) days after process has been executed, whether by attachment of property or service on the Garnishee,

NOW, THEREFORE, you are hereby commanded that if the said Defendant cannot be found within the District, you attach goods, chattels, credits and effects located and to be found in this District belonging to Defendant, or in the hands of the Garnishee named, up to the Garnishment Amount and as further demanded in the Verified Complaint and how you shall have executed this process, make known to this Court with your certificate of execution thereof written.

WITNESS THE HONORABLE
Judge of said Court, in said District,
this 21st day of November 2022.

U.S. DISTRICT CLERK



BY: _____
Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.