UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Sea Consortium Private Limited, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Civil Action No.: 1:22-cv-1213-RP |
| v. | ) |
| | ) **IN ADMIRALTY** |
| Tehama Shipping Services Co., LLC, | ) |
| | ) |
|    Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| Agility Project Logistics, Inc., et al., | ) |
| | ) |
|    Garnishees. | ) |

## NOTICE OF SERVICE

I hereby certify that, on April 20, 2023, Process of Maritime Attachment and Garnishment, along with a copy of the Verified Complaint, Order for issuance of Writs, and Interrogatories to Garnishees, were served on each Garnishee's Registered Agent by private process as follows:

| | |
|---|---|
| COSCO Shipping Lines Co. Ltd.<br>by and through its General Agent<br>COSCO Shipping Lines (North America) Inc.<br><br>Evergreen Marine Corporation,<br>by and through its General Agent<br>Evergreen Shipping Agency (America) Corporation | Corporation Service Company d/b/a<br>CSC-Lawyers Incorporating Service Company<br>211 E. 7th Street, Suite 620<br>Austin, TX 78701-3136 |
| CMA CGM S.A,<br>By and through its General Agent<br>CMA CGM (America) LLC | Registered Agents Inc.<br>5900 Balcones Drive, Suite 100<br>Austin, TX 78731 |

A copy of the affidavits of service is attached hereto as Exhibit A.

Dated: April 25, 2023.

        /s/ J. Stephen Simms
        J. Stephen Simms (pro hac vice)
        Simms Showers LLP
        201 International Circle, Suite 230
        Baltimore, Maryland 21030
        410-783-5795
        jssimms@simmsshowers.com

        Scott Wiehle
        State Bar No. 24043991
        scott.wiehle@kellyhart.com
        Joseph D. Austin
        State Bar No.: 24101470
        Joseph.austin@kellyhart.com
        KELLY HART & HALLMAN, LLP
        201 Main Street, Suite 2500
        Fort Worth, Texas 76102
        Telephone: (817) 332-2500
        Telecopy:   (817) 878-9280

        Counsel for Sea Consortium Private Limited